UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                              :
CLETUS LEROY WISE, JR.                              : Chapter 13
a/k/a CLETUS L. WISE                                :
d/b/a MyLittleToyStore                              :
         Debtor       : Case No.  1:19-bk-02423-HWV

CERTIFICATE OF SERVICE

I, Philip C. Briganti, hereby certify that, on the 17th day of July, 2019, pursuant to L.B.R. 3015-1 (b):

1. I served a copy of the Debtor's Chapter 13 Plan, and the Notice of the confirmation hearing on said Plan, upon the following by first-class U.S. mail, postage prepaid, at the addresses indicated below:

Ashish Masih, President
Midland Funding, LLC
8875 Aero Drive, Suite 200
San Diego, CA  92123

Midland Credit Management, Inc.,
 as agent for Midland Funding, LLC
P.O. Box 2011
Warren, MI  48090

2. I served a copy of the Debtor's Chapter 13 Plan, and the Notice of the confirmation hearing on said Plan, upon the following by certified U.S. mail, postage prepaid, at the addresses indicated below:

Karoline Kane, Chief Operating Officer
BarclayCard/Barclays Bank Delaware
125 S. West Street
Wilmington, DE  19801

Thomas T. Moynihan, CEO
Bank of America Corporation
100 N. Tryon Street
Charlotte, NC  28255

Respectfully submitted,

Dated: 7/17/19                              　s/Philip C. Briganti　　　　　　　　
                                            Philip C. Briganti
                                            Attorney ID No. 54852
                                            Counsel for Debtor(s)
                                            LAW OFFICE OF PHILIP C. BRIGANTI
                                            74 W. Pomfret Street
                                            Carlisle, PA  17013
                                            (717) 960-0005