In re:                                                          Case No. 19-02423-HWV
Cletus Leroy Wise, Jr.                                          Chapter 13
                Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: LyndseyPr        Page 1 of 2          Date Rcvd: Jul 15, 2019
                              Form ID: ntcnfhrg      Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
```
db             +Cletus Leroy Wise, Jr.,   48 Carlisle Road,   Newville, PA 17241-9415
5206869        #+Allied Interstate,   P.O. Box 361445,   Columbus, OH 43236-1445
5206870        ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America, N.A.,   P.O. Box 982238,   El Paso, TX 79998)
5206871        +Barclays Bank Delaware,   125 S. West St.,   Wilmington, DE 19801-5014
5218624         Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
5206873        +Cletus L. Wise, Sr.,   65 Fairfield Street,   Carlisle, PA 17013-3119
5206874        +Client Services, Inc.,   3451 Harry Truman Blvd.,   Saint Charles, MO 63301-9816
5206876        +Frederic I. Weinberg & Associates,   375 E. Elm Street,   Suite 210,
                Conshohocken, PA 19428-1973
5206877        +KML Law Group, P.C.,   Ste. 5000-BNY Mellon Indep. Ctr,   701 Market Street,
                Philadelphia, PA 19106-1538
5206879        +Kough's Oil Service,   P.O. Box 116,   Newville, PA 17241-0116
5206883         Northstar Location Services,   4285 Genesee Street,   Cheektowaga, NY 14225-1943
5206885        +PPL Electric Utilities,   2 N. 9th Street,   Attn: RPC-GENN1,   Allentown, PA 18101-1179
5206886        +Pressler & Pressler. LLP,   7 Entin Rd.,   Parsippany, NJ 07054-5020
5206890        #+Ratchford Law Group, PC,   409 Lackawanna Ave.,   Suite 320,   Scranton, PA 18503-2059
5206894        +UPMC Pinnacle,   P.O. Box 2353,   Harrisburg, PA 17105-2353
5206895        +USAA Savings Bank,   10750 Mc Dermott Freeway,   San Antonio, TX 78288-1600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 15 2019 20:02:22
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5206872        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 15 2019 20:02:33   CACH, LLC,
                c/o Resurgent Capital Services, P.O. BOX 1269,   Greenville, SC 29602-1269
5206882         E-mail/Text: BankruptcyNotices@safes.com Jul 15 2019 19:55:28   Military Star Card,
                Exchange Credit Program,   P.O. Box 650410,   Dallas, TX 75265
5206875        +E-mail/Text: egssupportservices@alorica.com Jul 15 2019 19:56:16   EGS Financial Care, Inc.,
                4740 Baxter Road,   Virginia Beach, VA 23462-4484
5206878        +E-mail/Text: bncnotices@becket-lee.com Jul 15 2019 19:55:34   Kohl's,   P.O. Box 3115,
                Milwaukee, WI 53201-3115
5206880        +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 15 2019 20:02:00   LVNV Funding, LLC,
                c/o Resurgent Capital Services,   P.O. Box 1269,   Greenville, SC 29602-1269
5214674         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 15 2019 20:02:27   LVNV Funding, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5206881        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 15 2019 19:56:03   Midland Funding LLC,
                2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
5206887        +E-mail/Text: admin@paypps.com Jul 15 2019 19:56:32   Professional Placement Svcs., LLC,
                P.O. Box 612,   Milwaukee, WI 53201-0612
5206889        +E-mail/Text: bankruptcyteam@quickenloans.com Jul 15 2019 19:56:20   Quicken Loans Inc.,
                635 Woodward Ave.,   Detroit, MI 48226-3408
5207098        +E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2019 20:02:19   Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5206891        +E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2019 20:02:52   Synchrony Bank/Amazon,
                Attn: Bankruptcy Dept.,   P.O. Box 965060,   Orlando, FL 32896-5060
5206892        +E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2019 20:01:45   Synchrony Bank/Lowe's,
                Attn: Bankruptcy Dept.,   P.O. Box 965060,   Orlando, FL 32896-5060
5206893        +E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2019 20:01:45   Synchrony Bank/PayPal,
                Attn: Bankruptcy Dept.,   P.O. Box 965060,   Orlando, FL 32896-5060
                                                                                    TOTAL: 14
```

```
       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5213103*       +Quicken Loans Inc.,   635 Woodward Avenue,   Detroit, MI 48226-3408
5206884        ##+Penn Credit Corp.,   916 S 14th Street,   Harrisburg, PA 17104-3425
5206888        ##+Progressive Financial Services, Inc,   1919 W. Fairmont Dr.,   Building 8,
                Tempe, AZ 85282-3183
                                                                      TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Philip Charles Briganti    on behalf of Debtor 1 Cletus Leroy Wise, Jr. pbriganti@pa.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                    TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Cletus Leroy Wise Jr.,
aka Cletus L. Wise, dba MyLittleToyStore,

Chapter     13

**Debtor 1**                      Case No.      1:19–bk–02423–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 21, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 28, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 15, 2019 |

ntcnfhrg (03/18)