UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| CLETUS LEROY WISE, JR. | : Chapter 13 |
| a/k/a CLETUS L. WISE | : |
| d/b/a MyLittleToyStore | : |
| Debtor | : Case No. 1:19-bk-02423-HWV |

CERTIFICATE OF SERVICE

I, Philip C. Briganti, hereby certify that, on the 7th day of August, 2019, pursuant to L.B.R. 3015-1 (b), I served a copy of the Debtor's Chapter 13 Plan, and the Notice of the confirmation hearing on said Plan, upon the following by first-class U.S. mail, postage prepaid, at the address indicated below:

Ashish Masih, President
Midland Funding, LLC
3111 Camino Del Rio, N.
Suite 103
San Diego, CA  92108

Respectfully submitted,

Dated: 8/7/19

 s/Philip C. Briganti
Philip C. Briganti
Attorney ID No. 54852
Counsel for Debtor(s)
LAW OFFICE OF PHILIP C. BRIGANTI
74 W. Pomfret Street
Carlisle, PA  17013
(717) 960-0005