UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                              :
CLETUS LEROY WISE, JR.                              : Chapter 13
a/k/a CLETUS L. WISE                                :
d/b/a MyLittleToyStore                              :
                  Debtor          : Case No. 1:19-bk-02423-HWV

## CERTIFICATE OF SERVICE

I, Philip C. Briganti, hereby certify that on the 21st day of August, 2019, pursuant to L.B.R. 3015-1 (b):

1. I served a copy of the Debtor's 1st Amended Chapter 13 Plan, and the Notice of the confirmation hearing on said Plan, upon the following by first-class U.S. mail, postage prepaid, at the addresses indicated below:

Ashish Masih, President
Midland Funding, LLC
3111 Camino Del Rio, N.
Suite 103
San Diego, CA 92108

Midland Credit Management, Inc.,
 as agent for Midland Funding, LLC
P.O. Box 2011
Warren, MI 48090

2. I served a copy of the Debtor's 1st Amended Chapter 13 Plan, and the Notice of the confirmation hearing on said Plan, upon the following by certified U.S. mail, postage prepaid, at the addresses indicated below:

Karoline Kane, Chief Operating Officer
BarclayCard/Barclays Bank Delaware
125 S. West Street
Wilmington, DE 19801

Thomas T. Moynihan, CEO
Bank of America Corporation
100 N. Tryon Street
Charlotte, NC 28255

                Respectfully submitted,

Dated: 8/21/19                      s/Philip C. Briganti
                                      Philip C. Briganti
                                        Attorney ID No. 54852
                                        Counsel for Debtor(s)
                                        LAW OFFICE OF PHILIP C. BRIGANTI
                                        74 W. Pomfret Street
                                        Carlisle, PA  17013
                                        (717) 960-0005