UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CLETUS LEROY WISE, JR.<br>    Debtor(s) | : | CHAPTER 13 |
| | : | |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| CLETUS LEROY WISE, JR.<br>    Respondent(s) | : | CASE NO.   1-19-bk-02423 |

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this   17th   day of September, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

   a. Section 2G not properly completed.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:    /s/James K. Jones
       Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this   17th   day of September, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Philip Briganti, Esquire
74 W. Pomfret Street
Carlisle, PA   17013

                                        /s/Deborah A. Behney
                                        Office of Charles J. DeHart, III
                                        Standing Chapter 13 Trustee