United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Cletus Leroy Wise, Jr.  
    Debtor

Case No. 19-02423-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Aug 13, 2021      Form ID: pdf010      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Cletus Leroy Wise, Jr., 48 Carlisle Road, Newville, PA 17241-9415 |
| 5206870 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, N.A., P.O. Box 982238, El Paso, TX 79998 |
| 5206871 | + | Barclays Bank Delaware, 125 S. West St., Wilmington, DE 19801-5014 |
| 5218624 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5206873 | + | Cletus L. Wise, Sr., 65 Fairfield Street, Carlisle, PA 17013-3119 |
| 5206876 | + | Frederic I. Weinberg & Associates, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 5206877 | + | KML Law Group, P.C., Ste. 5000-BNY Mellon Indep. Ctr, 701 Market Street, Philadelphia, PA 19106-1541 |
| 5206879 | + | Kough's Oil Service, P.O. Box 116, Newville, PA 17241-0116 |
| 5206883 | | Northstar Location Services, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 5206885 | + | PPL Electric Utilities, 2 N. 9th Street, Attn: RPC-GENN1, Allentown, PA 18101-1179 |
| 5206886 | + | Pressler & Pressler. LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 5206890 | + | Ratchford Law Group, PC, 409 Lackawanna Ave., Suite 320, Scranton, PA 18503-2062 |
| 5206894 | + | UPMC Pinnacle, P.O. Box 2353, Harrisburg, PA 17105-2353 |
| 5206895 | + | USAA Savings Bank, 10750 Mc Dermott Freeway, San Antonio, TX 78288-1600 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 13 2021 18:56:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5206872 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2021 18:56:09 | CACH, LLC, c/o Resurgent Capital Services, P.O. BOX 1269, Greenville, SC 29602-1269 |
| 5232106 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2021 18:56:05 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5206882 | | Email/Text: BankruptcyNotices@aafes.com | Aug 13 2021 18:52:00 | Military Star Card, Exchange Credit Program, P.O. Box 650410, Dallas, TX 75265 |
| 5228439 | | Email/Text: BankruptcyNotices@aafes.com | Aug 13 2021 18:52:00 | Army & Air Force Exchange Services, Attention GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236 |
| 5206874 | + | Email/Text: mediamanagers@clientservices.com | Aug 13 2021 18:51:00 | Client Services, Inc., 3451 Harry Truman Blvd., Saint Charles, MO 63301-9816 |
| 5206875 | + | Email/Text: egssupportservices@alorica.com | Aug 13 2021 18:52:00 | EGS Financial Care, Inc., 4740 Baxter Road, Virginia Beach, VA 23462-4484 |
| 5206878 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 13 2021 18:51:00 | Kohl's, P.O. Box 3115, Milwaukee, WI |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 53201-3115 |
| 5214674 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2021 18:56:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5206880 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2021 18:56:09 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 1269, Greenville, SC 29602-1269 |
| 5223065 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 13 2021 18:52:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5206881 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 13 2021 18:52:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 5233548 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2021 18:56:05 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5206887 | + | Email/Text: admin@paypps.com | Aug 13 2021 18:52:00 | Professional Placement Svcs., LLC, P.O. Box 612, Milwaukee, WI 53201-0612 |
| 5206889 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 13 2021 18:52:00 | Quicken Loans Inc., 635 Woodward Ave., Detroit, MI 48226-3408 |
| 5207098 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 18:56:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5206891 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 18:56:04 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5206892 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 18:56:07 | Synchrony Bank/Lowe's, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 5206893 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 13 2021 18:56:07 | Synchrony Bank/PayPal, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5213103 | *+ | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5233712 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5206869 | ##+ | Allied Interstate, P.O. Box 361445, Columbus, OH 43236-1445 |
| 5206884 | ##+ | Penn Credit Corp., 916 S 14th Street, Harrisburg, PA 17104-3425 |
| 5206888 | ##+ | Progressive Financial Services, Inc, 1919 W. Fairmont Dr., Building 8, Tempe, AZ 85282-3183 |

TOTAL: 0 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 15, 2021         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Philip Charles Briganti | on behalf of Debtor 1 Cletus Leroy Wise  Jr. pbriganti@pa.net |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Cletus Leroy Wise, Jr.

                    Debtor 1

Chapter: 13
Case No.: 1:19-bk-02423-HWV

## ORDER DISMISSING CASE

Upon consideration of the motion to dismiss filed by Debtor(s), it is hereby

ORDERED that this case is dismissed.

Dated: August 13, 2021

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (CD)

Order Dismissing Case – Revised 4/18